**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6703**

DWIGHT ALEXANDER RUDISILL,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:22-mc-00015-MR-WCM)

Submitted:  September 22, 2022                    Decided:  September 27, 2022

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwight Alexander Rudisill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwight Alexander Rudisill appeals the district court's order denying his Fed. R. Civ. P. 27(a) petition to perpetuate testimony. After reviewing the record, we conclude that the district court did not abuse its discretion in denying the unverified petition because Rudisill failed to show an immediate need to perpetuate testimony to prevent it from being lost. *See Deiulemar Compagnia Di Navigazione S.p.A. v. M/V Allegra*, 198 F.3d 473, 479, 484-85 & n.16 (4th Cir. 1999) (stating standard of review and addressing showing petitioner must make). Accordingly, we affirm the district court's order on this basis. *Rudisill v. United States*, No. 1:22-mc-00015-MR-WCM (W.D.N.C. May 26, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*